Case 5:22-cv-01110-RDP-GMB   Document 8   Filed 11/21/22   Page 1 of 2
Case 5:22-cv-01110-RDP-GMB   Document 3   Filed 09/08/22   Page 3 of 3

FILED
2022 Nov-21 PM 07:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION



MICHAEL LEON STOVALL )
)
Plaintiff, )
)
v. ) Case No. 5:22-cv-01110-RDP-GMB
)
LEIGH GWATHNEY, *et al.*, )
)
Defendant. )

**PRISONER CONSENT FORM**

By signing this form, I authorize the agency having custody of me ("the agency") to collect up to $350 from my prison or jail account to satisfy my filing fee in this case.

Specifically, I agree:

1. That I will keep the first $10 credited to my prison or jail account each month, but the agency will send 20% of the remaining deposits to the Clerk monthly until I have paid my entire filing fee;

2. That I must pay my entire filing fee regardless of the outcome of my case;

3. That this consent will continue to apply even if I am transferred to another facility and even if my case concludes before I pay my entire filing fee; and

4. That the court may enter judgment against me for payment of costs at the conclusion of the case, including any unpaid portion of the filing fee.

11/15/2022
Date

*Michael Leon Stovall pro se*
Plaintiff's Signature "Non-Person"

173720
Prisoner Identification Number

P.S. Just received on 11/13/2022 @ 12:01 p.m.; in I-Dorm lobby.

Michael Leon Stovall
28779 Nick Davis Road
Harvest, AL. 35749-7009

"Legal Mail"

To: Clerk of The U.S. District Court
Northern District of Alabama
Hugo L. Black U.S. Courthouse Room 140
1729 5th Avenue North
Birmingham, AL. 35203-2191

35203-203799